

**NUMBER 13-14-00693-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**MARIANN BACHARACH,**                                                          **Appellant,**

**v.**

**EUFEMIA GARCIA,**                                                          **Appellee.**

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Order Per Curiam**

Appellant Mariann Bacharach filed an interlocutory appeal from the trial court's denial of her motion to dismiss under chapter 27 of the Texas Civil Practice and Remedies Code (Texas's anti-SLAPP statute). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003 (West, Westlaw through 2013 3d C.S.). On January 29, 2015, the Clerk of this Court

notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid.[1]  *See* TEX. R. APP. P. 42.3(c).  On February 19, 2015, the Court received a motion from appellant requesting additional time to pay her fee.

The Court, having considered appellant's motion for extension of time to pay her fee, is of the opinion that the motion should be granted.  Accordingly, we GRANT appellant's motion and ORDER her to pay the $195.00 filing fee, the $10.00 fee for her January 14, 2015 motion to abate, and the $10.00 fee for her February 19, 2015 motion for extension of time.  If appellant fails to pay these fees by Wednesday, March 4, 2015, the Court will dismiss her appeal.  *See id.*

PER CURIAM

Delivered and filed the 25th
day of February, 2015.

---

[1] In our order dated January 27, 2015, we denied appellant's challenge to the trial court's ruling on her indigency status.  Because appellant did not establish indigency, she is entitled neither to a free appellate record nor to proceed without advance payment of her costs, which include filing fees.  *See* TEX. R. APP. P. 20.1(a), (k), (n).